**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CR-00217-AGF ) |
| **CLYDE ANTHONY THOMAS, JR.,** | ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Comes now Patrick T. Conroy, Attorney At Law and enters his appearance on behalf Defendant, Clyde Anthony Thomas, Jr. in the above-described matter.

                /s/ Patrick T. Conroy
                Patrick T. Conroy #41160MO
                Attorney for Defendant
                14 South Central Ave., Suite 213
                Clayton, Missouri 63105
                Phone: (314) 863-6364
                Fax:   (314) 353-0181
                E-Mail: pconroy5007@aol.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the U.S. Attorney this 22nd day of February, 2022.

                /s/ Patrick T. Conroy
                Patrick T. Conroy #41160MO