Mrs. Channing Thomas
4509 Canyon Ridge Drive
Temple, Texas 76502
(254) 727-9492 channing.fisher03@gmail.com

March 2, 2022

Honorable Audrey G. Fleissig
Judge of Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
Saint Louis, Missouri 63102

RE: Mr. Clyde Thomas Jr. -Final supervised release revocation hearing
Case No.: 4:16-cr-00217-AGF

Dear Judge Fleissig,

My name is Channing Thomas, I am the owner of Learn As You Grow Learning Center and Funnel Cake Fantasies located in Temple, Texas. I am sending you this letter on behalf of my husband Clyde Thomas Jr. to let you know the man and changes that he has become and made within the last year despite his minor setbacks. I am asking you to have leniency on my husband. The revocation hearing is scheduled for March 9, 2022 at 2pm.

My husband has maintained a steady well-paying full time and part time job since June 2020. He has been an amazing step father to our five children. In addition, Clyde has been able to establish a more stable life since our marriage.

If Clyde has to serve time in prison for an extended time it will cause a financial strain on our family and a strain on our marriage as well. Unfortunately we have been unable to hold his current position with his employer. His employer did make it clear that he would be able to reapply upon his release. I'm also afraid that if he has to serve time that he will miss out on the birth of our child which is expected to arrive September 2022.

Thank you judge for taking the time to read my letter.

*Mrs. Channing Thomas*

Mrs. Channing Thomas



Mrs. Channing Thomas
4509 Canyon Ridge Drive
Temple, Texas 76502

Honorable Audrey G. Fleissig
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
Saint Louis, Missouri 63102