IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16CR217 AGF |
| | ) |
| CLYDE ANTHONY THOMAS, JR, | ) |
| | ) |
|     Defendant. | ) |

**REQUEST TO CONTINUE**

**SUPERVISED RELEASE REVOCATION HEARING**

COMES NOW, Defendant, by and through Counsel pursuant to the 5th, 6th, 8th and 14th Amendments to the United States Constitution, and respectfully requests this Honorable Court to continue the March 25, 2022, supervised release revocation hearing for the above-captioned cause. In support of this motion, Counsel states the following:

1. Clyde Thomas faces multiple allegations of violating his conditions of supervised release. Mr. Thomas appeared before the Court on March 17, 2022, his request to have private counsel withdraw was granted and undersigned counsel was appointed. The Court's scheduling Order set the case for hearing on March 25, 2022.

2. One of the primary allegation against Mr. Parker in the Petition for Revocation is a possible laws violation. Counsel requests additional time to receive discovery and investigate this allegation.

3. Due to the distance required to travel to see federally detained clients, counsel requests additional time to set up video conferences. These conferences require additional time to schedule. Counsel has not communicated confidentially with Mr. Thomas since his arrest.

4. Restrictions due to the Covid-19 pandemic add time to the process of planning a defense against the allegations in the Petition.

5. Counsel is out of the office on a previously scheduled official commitment on March 25, 2022.

6. Mr. Thomas faces significant loss of liberty should he be revoked from supervised release and receive a sentence of incarceration.

7. Mr. Thomas remains incarcerated and agrees to this request to prepare for the hearing.

8. The Government has no objection to the request to continue.  In fact, a continuance may negate the need for an evidentiary hearing.  Counsel communicated with the Government and is up to date on any previous negotiation discussions.  Counsel also communicated with the U.S. Probation Office.  However, additional time to required to prepare for the hearing.

9. This Motion for Continuance is not submitted to vex or harass the Court.  This request is in the interest of justice and allows a reasonable amount of time for Counsel to be properly and effectively prepared.

WHEREFORE, Defense counsel, for the above and foregoing reasons, respectfully requests this Court for an order continuing this matter for at least days from the present setting of March 25, 2022 or at the Court's convenience.   For the Court's consideration defense counsel is out of the office on unavoidable official business March 24, 25, 30, 31, April 1, 27, 28, and 29, 2022.

Respectfully submitted,

/s/Michelle L. Monahan
MICHELLE L. MONAHAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Michelle_Monahan@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms.Samantha Reiz, Assistant United States Attorney.

          /s/Michelle L. Monahan
          MICHELLE L. MONAHAN
          Assistant Federal Public Defender